BRUCE E. COPELAND (State Bar 124888)
PAUL J. BYRNE (State Bar No. 190860)
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, California 94111-3996
Tel: (415) 984-8200
Fax: (415) 984-8300
E-Mail: bcopeland@nixonpeabody.com
　　　　 pbyrne@nixonpeabody.com

TIMOTHY W. MUNGOVAN (*Pro Hac Vice – Application To Be Submitted*)
RICHARD PEDONE (*Pro Hac Vice – Application To Be Submitted*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Tel: (617) 345-1000
Fax: (617) 345-1300
E-Mail: tmungovan@nixonpeabody.com
　　　　 rpedone@nixonpeabody.com

Attorneys for Plaintiff
AAG ROOSEVELT FUND, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AAG ROOSEVELT FUND, L.P.,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD SEWON EHEE, an individual, COMPASS FUND MANAGEMENT, LLC, a Nevada limited liability company, COMPASS WEST FUND, L.P., a Nevada limited partnership; VIPER CAPITAL MANAGEMENT, LLC, a Nevada limited liability company, VIPER FOUNDERS FUND, L.P., an Illinois limited partnership; ROBERT EHEE, an individual; ALBERT EHEE, an individual, JENNIFER EHEE, an individual, and DOES 1–25, inclusive,<br><br>　　　　　　　　Defendants. | No. 3:06-CV-7270 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUING CMC HEARING FROM MARCH 2, 2007 TO APRIL 20, 2007**<br><br>**[Local Rule 7-12]**<br><br>**Complaint File: November 23, 2006** |

**JOINT STIPULATION AND [PROPOSED] ORDER RE
CONTINUING CMC HEARING
CASE NO.: CV-7270**

10329189.1

**PLAINTIFF AAG ROOSEVELT FUND, L.P., AND RELIEF DEFENDANT ROBERT EHEE HEREBY STIPULATE AS FOLLOWS:**

**WHEREAS**, an Initial Case Management Conference ("CMC") hearing is currently scheduled in this matter on March 2, 2007;

**WHEREAS**, the claims against the principal defendant have been stayed due to an involuntary bankruptcy; defaults are pending against others; the remaining parties, Relief defendant Robert Ehee and Plaintiff Roosevelt, jointly request that the CMC be continued from *March 2, 2007 to April 20, 2007* to determine the effect of developments in the bankruptcy on this case.

**WHEREAS**, all Defendants except Robert Ehee are pro se. Plaintiff's counsel made good faith attempt to contact all parties concerning entering into this stipulation. Plaintiff's counsel was only able to contact counsel representing Robert Ehee.

DATED: March 1, 2007   NIXON PEABODY LLP

_____/s/_____
PAUL J. BYRNE
Attorneys for Plaintiffs AAG ROOSEVELT FUND, L.P.

DATED: March 1, 2007   FARELLA BRAUN & MARTEL LLP

_____/s/_____

THOMAS B. MAYHEW
Attorneys for Defendant Robert Ehee

The Initial CMC scheduled for March 2, 2007 in the above-captioned case is continued to May 4 ~~April 20, 2007~~. ~~The Parties shall~~ file a Case Management Statement 7 days prior to the new hearing date. Plaintiff's counsel to give notice to pro se litigants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____   _____
UNITED STATES DISTRICT COURT JUDGE

-2-

JOINT STIPULATION AND [PROPOSED] ORDER RE
CONTINUING CMC HEARING
CASE NO: CV-7270

10329189.1