THOMAS B. MAYHEW (CA Bar No. 183539)
FARELLA BRAUN + MARTEL LLP
Russ Building, 235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: tmayhew@fbm.com

ARTHUR S. GREENSPAN (*Admitted Pro Hac Vice*)
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10128-1003
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
E-mail: agreenspan@rkollp.com

Attorneys for Relief Defendant/Defendant Robert Ehee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, L.P., ALBERT EHEE, ROBERT EHEE, and JENNIFER EHEE,<br><br>Relief Defendants. | Case No. 06 CV 6966 (SI) (DM) (BZ)<br><br>**and Related Cases**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO RELIEF DEFENDANT/DEFENDANT ROBERT EHEE** |

NY434817.2/2368-00001

|   |   |
|---|---|
| AAG ROOSEVELT FUND, L.P.,<br><br>            Plaintiff,<br><br>vs.<br><br>EDWARD SEWON EHEE, COMPASS FUND MANAGEMENT, LLC, COMPASS WEST FUND, L.P., VIPER CAPITAL MANAGEMENT, LLC, VIPER FOUNDERS FUND, L.P., ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, and DOES 1-25, inclusive,<br><br>            Defendants. | **Case No. 06 CV 7270 (SI) (DM) (BZ)** |
| In re: COMPASS FUND MANAGEMENT, LLC,<br><br>            Debtor. | **Case No. 07 CV 3995 (SI) (DM) (BZ)** |

Relief Defendant/Defendant Robert Ehee having tendered $30,496.00 (the "Robert Ehee Disgorgement Payment") to the Clerk of the Court to hold for safe keeping (and not for deposit into the Court registry), Plaintiff Securities and Exchange Commission (the "Commission"), Plaintiff AAG Roosevelt Fund, L.P. ("Roosevelt Fund"), Paul Mansdorf as the Chapter 7 Trustee for the estate of Compass Fund Management, LLC, Debtor (the "Compass Fund Management Trustee"), and Robert Ehee hereby stipulate and agree as follows:

    1.     The Robert Ehee Disgorgement Payment represents (a) disgorgement by Robert Ehee of $28,500 he received in February and May, 2006, from Compass Fund Management, LLC (the "$28,500 Transfers"), and (b) prejudgment interest thereon of $1,996.

    2.     The Compass Fund Management Trustee has claims against Robert Ehee for recovery of avoidable transfers from Compass Fund Management, LLC to Robert Ehee in the amount of

- 2 -

$28,500 (which, together with interest, is the amount of the Robert Ehee Disgorgement Payment). The Compass Fund Management Trustee may file an ex-parte application with the Court for turnover of the Robert Ehee Disgorgement Payment, in the form of Exhibit A hereto (which excludes exhibits) or such similar form as may be acceptable to the Court. None of the parties hereto will oppose the ex-parte application. The Clerk of the Court may deposit and/or transfer and/or distribute the Robert Ehee Disgorgement Payment to the Compass Fund Management Trustee in accordance with the Order of the Court issued pursuant to the ex-parte application.

3.  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Commission's action (No. 06 CV 6966) against Robert Ehee is hereby dismissed. Such dismissal shall be with prejudice with respect to the $28,500 Transfers and otherwise without prejudice.

4.  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Roosevelt Fund's action (No. 06 CV 7270) against Robert Ehee is hereby dismissed. Such dismissal shall be with prejudice with respect to the $28,500 Transfers and otherwise without prejudice.

5.  The Compass Fund Management Trustee agrees that neither he nor any successor Trustee shall assert any claim or action or seek any relief against Robert Ehee with respect to the $28,500 Transfers.

NY434817.2/2368-00001

6. Robert Ehee is hereby released from the provisions of the Order for Preliminary Injunction and Other Relief filed November 22, 2006 in the Commission's action (No. 06 CV 6966) and the Order to Transfer Assets of Relief Defendant Robert Ehee filed November 22, 2006 in the Commission's action (No. 06 CV 6966).

Dated: February 5, 2008

          /s/ [John Yun]
          Marc J. Fagel
          John S. Yun
          Robert S. Leach
          Eric Brooks

44 Montgomery Street, Suite 2600
San Francisco, California 94104
Tel:      (415) 705-2500
Fax:     (415) 705-2501
E-Mail:   yunj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission


NIXON PEABODY LLP


By:     /s/
       Richard Pedone (*pro hac vice*)

100 Summer Street
Boston, Massachusetts 02110-2131
Tel:      (617) 345-1000
Fax:     (617) 345-1300
E-Mail:   rpedone@nixonpeabody.com

Attorneys for Plaintiff
AAG Roosevelt Fund, L.P.

NY434817.2/2368-00001

1  | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed"
2  | signature (/s/) within this e-filed document.

3           RICHARDS KIBBE & ORBE LLP

4
5           By:      /s/
                 Arthur S. Greenspan (*pro hac vice*)

6           One World Financial Center
            New York, NY 10281-1003
7           Tel:      (212) 530-1800
            Fax:      (212) 530-1801
8           E-mail:   agreenspan@rkollp.com

9           - and -

10          FARELLA BRAUN + MARTEL LLP
            Thomas B. Mayhew
11          Russ Building
            235 Montgomery Street, 17th Floor
12          San Francisco, CA 94104
            Tel:      (415) 954-4400
13          Fax:      (415) 954-4480
            E-mail:   tmayhew@fbm.com
14
15          Attorneys for Relief Defendant/Defendant Robert Ehee

16
17
18          LUCE FORWARD HAMILTON & SCRIPPS LLP
19
20          By:      /s/
                 Barry Milgrom

21          Rincon Center II
            121 Spear Street, Suite 200
22          San Francisco, California 94105-1582
            Tel:      (415) 356-4600
23          Fax:      (415) 356-3896
            E-Mail:   bmilgrom@luce.com
24
25          Attorneys for Paul Mansdorf as the Chapter 7 Trustee
            for the estate of Compass Fund Management, LLC,
            Debtor
26
27                             - 5 -
28

NY434817.2/2368-00001

## ORDER

The Court having received and considered the stipulation of the parties as set forth above and finding that good cause exists for entry of the order agreed upon by the parties,

**IT IS SO ORDERED. THE CLERK IS DIRECTED TO (a) ENTER THE DISMISSAL OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S ACTION AGAINST RELIEF DEFENDANT ROBERT EHEE (IN CASE NO. 06 CV 6966), and (b) ENTER THE DISMISSAL OF PLAINTIFF AAG ROOSEVELT FUND, L.P.'S ACTION AGAINST DEFENDANT ROBERT EHEE (IN CASE NO. 06 CV 7270).**

DATED:     February __, 2008

_____
UNITED STATES DISTRICT JUDGE

- 6 -

NY434817.2/2368-00001

# EXHIBIT A

Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

36071.00001

Attorneys for PAUL J. MANSDORF, Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. c06-6966-SI (DM) (BZ) and Related Cases |
| Plaintiff, | Hon. Susan Illston |
| v. | **EX PARTE APPLICATION FOR ORDER DIRECTING RELEASE OF FUNDS** |
| VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, AND EDWARD SEWON EHEE, | (NO HEARING REQUESTED) |
| Defendants. | |
| and | |
| COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE, | |
| Relief Defendants. | |
| In re: COMPASS FUND MGMT, LLC, | No. C07-3995-SI (DM) (BZ) |
| Debtor. | |

1
EX PARTE APPLICATION FOR ORDER AUTHORIZING RELEASE OF FUNDS; AND RELEASE OF FUNDS

| | |
|---|---|
| AAG ROOSEVELT FUND, L.P., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, <br><br> Defendants. | No. C06-7270-SI (DM) (BZ) |

Paul Mansdorf, Trustee in Bankruptcy ("Trustee") of the Estate of Compass Fund Management, LLC respectfully represents:

1.  This Court entered its Stipulation and Order of Dismissal as to Relief Defendant/Defendant Robert Ehee ("Dismissal Order"). A true copy of the Dismissal Order, without exhibits, is attached hereto.

2.  The Dismissal Order contemplates and authorizes the filing and approval of this Ex Parte Application. This Dismissal Order provides that none of the following, consisting of all parties to the Dismissal Order, oppose entry of an order pursuant to this Ex Parte Application: Plaintiff Securities and Exchange Commission, Plaintiff AAG Roosevelt Fund, L.P. and Relief Defendant/Defendant Robert Ehee.

Wherefore, the Trustee prays for entry of an order directing the Clerk of the Court to immediately deposit to, transfer to or distribute to the Trustee the $30,496 previously tendered to the Clerk of the Court and described in the Dismissal Order.

DATED: February ___, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                  By: _____
                                      BARRY MILGROM,
                                      Attorneys for Paul Mansdorf
                                      Chapter 7 Trustee of Compass Fund Management, LLC

301029306.1

2
EX PARTE APPLICATION FOR ORDER AUTHORIZING RELEASE OF FUNDS; AND RELEASE OF FUNDS